UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHESAPEAKE EXPLORATION, L.L.C. and CHK UTICA, L.L.C., *Plaintiffs*, v. CATLETT QUALITY PLUMBING & HEATING, INC., *et al.*, *Defendants*. | CASE NO. 12-cv-00188 JUDGE ADAMS |

ENTRY OF JUDGMENT

On October 30, 2012, this Court issued an Opinion and Order (Dkt. 60) granting the motion for summary judgment filed by Plaintiffs Chesapeake Exploration, L.L.C. and CHK Utica, L.L.C. ("Chesapeake") regarding the proper interpretation of Paragraph 14 of Defendants' oil and gas leases ("Leases").  All parties agree that the Opinion and Order adjudicates and resolves all claims in the case related to the proper interpretation of Paragraph 14 of the Leases. Pursuant to a stipulation of the parties, all claims not resolved by the Opinion and Order in the case have been dismissed without prejudice.  ACCORDINGLY, the Court hereby ORDERS that JUDGMENT be entered in favor of Chesapeake and against Defendants consistent with the Opinion and Order, and that the Opinion and Order is a final appealable order of this Court and that there is no just reason for delay.  This case is now closed.

Date:   November 20, 2012

/s/ John R. Adams
Hon. John R. Adams
United States District Judge

1