IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHESAPEAKE EXPLORATION, LLC, et al. | ) ) ) | CASE NO. 5:12-cv-00188-JRA |
| Plaintiffs | ) ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) | **NOTICE OF APPEAL** |
| CATLETT QUALITY PLUMBING & HEATING, INC., et al., | ) ) ) | |
| Defendants | ) ) ) | |

Notice is hereby given that defendants Aaron R.J. Hartong, Sherry Hartong, Eric L. Hartong, Myra A. Hartong, David L. Marteney, Gerry A. Marteney, Timothy L. Marteney, Theresa M. Marteney, James S. Smith, Constance A. Smith, Robert S. Snively, Marlene E. Snively, and Chad F. Tomaiko, hereby appeal to the United States Court of Appeals for the Sixth Circuit, from the Entry of Judgment entered in this case on November 21, 2012 (Doc #65), and from the Memorandum of Opinion and Order entered in this case on October 30, 2012 (Doc #60), and from the Order staying discovery entered in this case on March 9, 2012 (Doc #39).

**TZANGAS | PLAKAS | MANNOS | LTD.**

/s/ Gary A. Corroto
Gary A. Corroto (0055270)
Lee E. Plakas (0008628)
Joshua E. O'Farrell (0087061)
220 Market Avenue South, 8th Floor
Canton, Ohio 44702
Telephone:    (330) 455-6112
Facsimile:    (330) 455-2108
E-mail:    gcorroto@lawlion.com

*Counsel for Certain Defendants*

## **PROOF OF SERVICE**

      I hereby certify that on December 14, 2012, the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Gary A. Corroto